**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

WORLDPANTRY.COM,LLC

                Defendants.

Case No. 1:19-cv-01704-NGG-SJB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      Plaintiff by and through their undersigned counsel, hereby agree to the dismissal with prejudice of this action as to Worldpantry.com,LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:    Queens, New York
            May 2, 2019

                                          Respectfully submitted,

                                          By: */s/Jonathan Shalom*
                                          Jonathan Shalom, Esq.
                                          SHALOM LAW, PLLC
                                          124-04 Metropolitan Avenue.
                                          Kew Gardens, New York 11415
                                          Phone: 718-971-9474

                                          **ATTORNEYS FOR PLAINTIFF**