

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

WORLDPANTRY.COM,LLC

        Defendants.

Case No. 1:19-cv-01704-NGG-SJB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff by and through their undersigned counsel, hereby agree to the dismissal with prejudice of this action as to Worldpantry.com,LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:   Queens, New York
            May 2, 2019

Respectfully submitted,

By: */s/Jonathan Shalom*
Jonathan Shalom, Esq.
SHALOM LAW, PLLC
124-04 Metropolitan Avenue.
Kew Gardens, New York 11415
Phone: 718-971-9474

**ATTORNEYS FOR PLAINTIFF**

*So ordered.*
s/Nicholas G. Garaufis
5/2/19